UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF



**FILED**

SEP 1 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

| | |
|---|---|
| TERI JAMES, Guardian ad litem for AMANDA JAMES, SAMANTHA WEIDLAND,<br><br>  Plaintiff - Appellant,<br><br>    v.<br><br>SOCIAL SERVICES AGENCY OF BUTTE COUNTY, Department of Family & Children's Services and the Child Protective Services Department; et al.,<br><br>  Defendants - Appellees. | No.  05-16706<br>D.C. No.  CV-02-00878-DFL<br><br>**ORDER** |

This appeal has been taken in good faith   [X]

This appeal is not taken in good faith     [ ]

Explanation: _____

_____

_____

_____
                                    Judge
                         United States District Court

                         Date:  9/16/2005